```
DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561


Attorney for Defendant
GARRY SAMPSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00028 LJO-SKO |
|---|---|---|
|   | ) |   |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
|   | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
|   | ) |   |
| GARRY SAMPSON, | ) | Date: April 30, 2012 |
|   | ) | Time: 1:00 p.m. |
| *Defendant.* | ) | Judge: Hon. Sheila K. Oberto |
|   | ) |   |
| _____ | ) |   |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Garry Sampson, that the hearing currently set for April 16, 2012 at 1:00 p.m., **may be rescheduled to April 30, 2012 at 1:00 p.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation and plea discussions.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 11, 2012                /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: April 11, 2012                /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Garry Sampson

**ORDER**

IT IS SO ORDERED.

**Dated:   April 11, 2012**                /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Sampson: Stipulation to Continue
Status Conference Hearing; [Proposed] Order                −2−