| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
| 2 | Attorney at Law |
|   | 7636 N. Ingram Ave., #104 |
| 3 | Fresno, California  93711 |
|   | Telephone:  (559) 449-9069 |
| 4 | Facsimile:    (559) 513-8530 |
| 5 | Attorney for Defendant, GARRY SAMPSON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>           v.<br><br>GARRY SAMPSON,<br><br>                        Defendant. | CASE NO.  1:16-cr-00176-DAD-BAM &<br>CASE NO.  1:12-cr-00028-DAD-BAM<br><br>**DEFENDANT GARRY SAMPSON'S REQUEST FOR A DAY PASS ON NOVEMBER 14, 2018 FOR PROGRAM INTERVIEW; & ORDER THEREON** |

BACKGROUND

On November 5, 2018, sentencing in Case #1:12-cr-00028 and Case #1:16-cr-00176 was continued until December 3, 2018, in order to more thoroughly explore program options for Defendant Garry Sampson.

The court advised it would authorize a day pass from the Fresno County Jail where Mr. Sampson is incarcerated in order to travel with a defense investigator to Delancey Street for an interview with that organization.

The original Order for Release for a Day Pass was for November 12, 2018 at 5:00 AM. Early Intervention Services advised on Sunday November 11, 2018 that Delancey Street Foundation would not be able to interview Mr. Sampson until November 14, 2018 due in part to their staff working the fires in Southern California and also in Northern California making the

interview staff unavailable.

This Request is for a Day Pass Release for WEDNESDAY NOVEMBER 14, 2018.

## CURRENT STATUS

Defense Counsel spoke with Delancey Street on Tuesday, November 6, 2018. Ira at Intake confirmed Mr. Sampson would have to go to San Francisco for an interview with the program administration before acceptance. Admission criteria were discussed as well as the general Delancey Street Foundation philosophies.

Kathy Grinstead of Early Intervention Services, located at 4486 East Donner Avenue, Fresno, CA 93726, and whose phone number is (559) 970-8180, met with Mr. Sampson at the Fresno County Jail for a pre-assessment on Saturday, November 10, 2018. Teri Rothschild, her investigator, will transport Mr. Sampson to Delancey Street, located at 600 Embarcadero Street, San Francisco, CA 94107. Delancey Street's phone number is (415) 957-9800. If the Court agrees, transport will be on WEDNESDAY, NOVEMBER 14, 2018: leaving the Fresno County Jail at 5:00 AM, and returning Mr. Sampson to the Fresno County Jail by close of business NOVEMBER 14, 2018.

Ms. Grinstead will contact Delancey Street in advance of Wednesday so the Delancey Street Foundation knows Mr. Sampson will be driving from Fresno to San Francisco on a Day Pass from the Fresno County Jail.

## CONCLUSION

Mr. Gary Sampson, Defendant in Case #1:12-cr-00028 and Case #1:16-cr-00176 requests the Court order him released from the Fresno County Jail for a Day Pass on Wednesday, November 14, 2018 at 5:00 AM to travel with Teri Rothschild, a defense investigator working for Early Intervention Services, to the Delancey Street Foundation in San Francisco for purposes of an interview for suitability for the program.

Respectfully Submitted,

Dated: November 12, 2018      /s/ *Carol Ann Moses*
                              CAROL ANN MOSES
                              Attorney for Defendant,
                              GARRY SAMPSON

## ORDER

GOOD CAUSE APPEARING, the above request for Defendant GARRY SAMPSON to be released from the Fresno County Jail on a Day Pass on Wednesday, November 14, 2018, to be driven by Teri Rothschild, defense investigator for Early Intervention Services, to San Francisco for an interview with Delancey Street for the purpose of determining suitability and acceptance into the Delancey Street program, is hereby granted. The following is hereby accepted and adopted as the Order of this Court in Case #1:12-cr-00028 and Case #1:16-cr-00176:

1. Mr. Sampson shall be released from the Fresno County Jail to Teri Rothschild on Wednesday, November 14, 2018 at 5:00 AM and transported by Ms. Rothschild to Delancey Street located at 600 Embarcadero, San Francisco, CA 94107. (415) 957-9800.
2. After the interview with the Delancey Street Foundation, Mr. Sampson will be returned to the Fresno County Jail by Ms. Rothschild before the close of business on November 14, 2018.

IT IS SO ORDERED.

Dated: **November 13, 2018**       _Dale A. Drozd_
                                   UNITED STATES DISTRICT JUDGE